**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| EVAN AMBER OVERTON AND JOHN KEENAN OVERTON, CO-ADMINISTRATORS FOR THE ESTATE OF EZRA MICHAEL OVERTON, DECEASED,<br><br>    Plaintiffs,<br>v.<br><br>FISHER-PRICE, INC;<br><br>AND<br><br>MATTEL, INC.<br><br>    Defendants. | **Case No.: 1:19-cv-751** |

## PLAINTIFFS' MOTION FOR AN ORDER COMPELLING DISCLOSURE OR DISCOVERY AND TO REVISE DISCOVERY PLAN

Pursuant to FRCP 37, Plaintiffs move for an order compelling disclosure or discovery and revising the existing discovery plan, as stated below and in their accompanying Brief in Support of Motion for Order Compelling Disclosure or Discovery and to Revise Discovery Plan (Plaintiffs' Brief).

For the reasons set forth in Plaintiffs' Brief, plaintiffs respectfully request that the Court enter an Order requiring defendants to immediately produce without objection and in an organized and labeled fashion the following:

    1.    All documents concerning or regarding any and all pre-and post-market testing to determine whether the RNP Sleeper was safe for all-night sleep;

2. All documents (un-redacted) in defendants' possession, custody or control concerning "other incidents" involving infant injury or death allegedly caused by a Rock 'n Play Sleeper; and

3. All documents in defendants' possession, custody or control concerning or relating to the April 8, 2019 recall of all Rock 'n Play Sleepers.

In addition, plaintiffs respectfully request that the Court re-set the discovery plan and scheduling order in order allow plaintiffs' consulting experts sufficient time to receive and digest the above information and for such other relief as the Court deems appropriate under Rule 37.

A good-faith effort to resolve and narrow the areas of disagreement has been made in accordance with Local Civil Rule 7€ and Local Civil Rule 37(E).

                                            **EVAN AMBER OVERTON AND JOHN KEENAN OVERTON, CO-ADMINISTRATORS FOR THE ESTATE OF EZRA MICHAEL OVERTON, DECEASED**

                                            By: _____/s/Michael G. Phelan_____
                                                      Counsel

Michael G. Phelan, Esq. (VSB No. 29725)
Jonathan M. Petty, Esq. (VSB No. 43100)
Brielle M. Hunt, Esq. (VSB No. 87652)
PHELAN PETTY PLC
6641 West Broad Street, Ste. 406
Richmond, VA 23230
804-980-7100 – Telephone
804-767-4601 – Facsimile
mphelan@phelanpetty.com
jpetty@phelanpetty.com
bhunt@phelanpetty.com

Jan V. Hinson, Esq.
(SC Bar No. 101498)
(GA Bar No. 356817)
LAW OFFICES OF JAN V. HINSON, P.C.
330 East Coffee Street
Greenville, SC 29601
864-527-5933 – SC Telephone

877-797-3571 – Facsimile
11175 Cicero Drive, Suite 100
Alpharetta, Georgia 30022
678-242-5208 – Ga Telephone
jan@janhinsonlaw.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Steve Fowler, Esq.
Greenberg Traurig
2101 L Street NW, Suite 1000
Washington, DC  20037
Email:  fowlerst@gtlaw.com

Mary-Olga Lovett, Esq.
Greenberg Traurig, LLP
1000 Louisiana Street, Suite 1700
Houston, TX  77002

Lori G. Cohen, Esq.
Greenberg Traurig, LLP
The Terminus
3333 Piedmont Rd NE, Ste. 2500
Atlanta, GA  30305
Email:  cohenl@gtlaw.com
*Counsel for Fisher-Price, Inc. and Mattel, Inc.*

/s/ Michael G. Phelan, Esq.