# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

**EVAN AMBER OVERTON**, and
**JOHN KEENAN OVERTON**, Co-
Administrators For The Estate
Of Ezra Michael Overton,
Deceased,

    Plaintiffs,

v.

**FISHER-PRICE, INC,**

and

**MATTEL, INC.**

    Defendants.

Case No.: 1:19-cv-751

## DEFENDANTS FISHER-PRICE, INC. AND MATTEL, INC.'S TRIAL WITNESS LIST

Pursuant to Rule 26(a)(3)(A), and the Court's Scheduling Order (Dkt. 15) in this case, Defendants Fisher-Price, Inc. ("Fisher-Price") and Mattel, Inc. ("Mattel") (collectively "Defendants") submit the following list of witnesses who may be called to testify at trial. Defendants reserve the right to supplement and/or amend this list, and to call live, by video, by deposition, or by other transcript any of the witnesses listed below. The final list of witnesses Defendants ultimately present at trial is dependent on a number of factors, including without limitation (a) the outcome of any pending or subsequent motions, (b) the witnesses and evidence Plaintiffs present during their case-in-chief; and (c) the overall trial schedule and availability of Defendant's witnesses. Subject to those considerations, and without waiving their right to call additional witnesses who are not identified on the list below, Defendants may present the following witnesses at trial:

I. **DEFENDANTS' CORPORATE WITNESSES**

   1. **Kitty Pilarz**
      c/o Lori G. Cohen
      Greenberg Traurig, LLP
      3333 Piedmont Road, NE, Suite 2500
      Atlanta, GA 30305

   2. **Linda Chapman**
      c/o Lori G. Cohen
      Greenberg Traurig, LLP
      3333 Piedmont Road, NE, Suite 2500
      Atlanta, GA 30305

   3. **Michael Steinwachs**
      c/o Lori G. Cohen
      Greenberg Traurig, LLP
      3333 Piedmont Road, NE, Suite 2500
      Atlanta, GA 30305

   4. **Chuck Scothon**
      c/o Lori G. Cohen
      Greenberg Traurig, LLP
      3333 Piedmont Road, NE, Suite 2500
      Atlanta, GA 30305

II. **RETAINED EXPERT WITNESSES**

   1. **Dotty Drago, M.A., M.P.H.**
      Drago Expert Services/Engineering Systems Inc.
      11 Brookside Ave.
      Plymouth, MA 02360

   2. **Christine Fuller, M.D.**
      Cincinnati Children's Hospital
      Department of Pathology
      3333 Burnet Avenue,
      Cincinnati, OH 45229-3026

   3. **Jay P. Goldsmith, M.D.**
      Tulane Pediatrics
      4700 South 1-10 Service Road West
      Metairie, LA 70001

4. **Andre Lloyd, Ph.D.**
   Crane Engineering/Engineering Systems Inc.
   2355 Polaris Lane North, ste. 120
   Plymouth, Minnesota 55447

5. **Anne Mathias, P.E.**
   Safety and Risk Assessment Practice Group
   4215 Campus Drive
   Aurora, Illinois 60504

6. **Peggy Shibata, M.S., P.E.**
   Engineering Systems Inc.
   1174 Oak Valley Drive
   Ann Arbor, MI 48108

7. **Amy Wilson, Ph.D.**
   Charlottesville Psychological Associates
   100 East South Street, Suite 5
   Charlottesville, Virginia 22902

III. **PLAINTIFFS, FAMILY AND FRIENDS, AND OTHER FACT WITNESSES**

1. **Evan Amber Overton**
   c/o Michael G. Phelan, Esq.
   PHELAN PETTY, PLC
   6641 West Broad Street, Ste 406
   Richmond, VA 23230

2. **John Keenan Overton**
   c/o Michael G. Phelan, Esq.
   PHELAN PETTY, PLC
   6641 West Broad Street, Ste 406
   Richmond, VA 23230

3. **Fred Dowdell, III**
   2121 North Westmoreland Street
   Arlington, VA 22213

4. **Leia Dowdell**
   2121 North Westmoreland Street
   Arlington, VA 22213

5. **Tonya Overton**
   5577 Vincent Gate Terrace, Unit 1437,
   Alexandria, VA 22312

6. **Michael Overton**
   5577 Vincent Gate Terrace, Unit 1437,
   Alexandria, VA 22312

7. **Jackie Lynn** (neighbor identified by Plaintiffs)
   Address unknown

8. **TJ James** (neighbor identified by Plaintiffs)
   Address unknown

9. **Jesse Thornton**
   Fairfax County Police Dep't
   12099 Government Center Pkwy
   Fairfax, VA 22035

10. **Terry Leach**
    Fairfax County Police Dep't
    12099 Government Center Pkwy
    Fairfax, VA 22035

11. **John Scaman**
    Fairfax County Police Dep't
    12099 Government Center Pkwy
    Fairfax, VA 22035

12. **Thomas Thompson**
    Fairfax County Police Dep't
    12099 Government Center Pkwy
    Fairfax, VA 22035

13. **John Vickery**
    Fairfax County Police Dep't
    12099 Government Center Pkwy
    Fairfax, VA 22035

14. **G. Kirk**
    Fairfax County Police Dep't
    12099 Government Center Pkwy
    Fairfax, VA 22035

15. **Mitch Johnson**
    Fairfax County Police Dep't
    12099 Government Center Pkwy
    Fairfax, VA 22035

16. **David Koenigsberg**
    Fairfax County Police Dep't
    12099 Government Center Pkwy
    Fairfax, VA 22035

17. **Ron Haugsdahl**
    Fairfax County Police Dep't
    12099 Government Center Pkwy
    Fairfax, VA 22035

18. **Michael Snapp**
    Fairfax County Fire & Rescue Dep't
    12099 Government Center Pkwy
    Fairfax, VA 22035

19. **Deonte Smith**
    Fairfax County Fire & Rescue Dep't
    12099 Government Center Pkwy
    Fairfax, VA 22035

20. **Kerri Bouse**
    Fairfax County Fire & Rescue Dep't
    12099 Government Center Pkwy
    Fairfax, VA 22035

21. **Peter Torres**
    Fairfax County Fire & Rescue Dep't
    12099 Government Center Pkwy
    Fairfax, VA 22035

22. **Ronald Kuley**
    Fairfax County Fire & Rescue Dep't
    12099 Government Center Pkwy
    Fairfax, VA 22035

23. **Laura Calkins**
    Fairfax County Fire & Rescue Dep't
    12099 Government Center Pkwy
    Fairfax, VA 22035

24. **Kevin Steinhilber**
    Fairfax County Fire & Rescue Dep't
    12099 Government Center Pkwy
    Fairfax, VA 22035

**25. Christopher Tilles**
Fairfax County Fire & Rescue Dep't
12099 Government Center Pkwy
Fairfax, VA 22035

**26. Jocelyn Posthumus, M.D.**
Office of the Chief Medical Examiner
Northern Region
10850 Pyramid Place, Suite 121
Manassas, VA 20110

**27. Michelle Schepis**
Office of the Chief Medical Examiner
Northern Region
10850 Pyramid Place, Suite 121
Manassas, VA 20110

**28. Melissa Pope**
Office of the Chief Medical Examiner
Northern Region
10850 Pyramid Place, Suite 121
Manassas, VA 20110

## IV. **TREATING PHYSICIANS**

### A. *EZRA OVERTON'S TREATING PHYSICIANS*

**1. Sudha L. Kumar, M.D.**
Virginia Hospital Center
1701 North George Mason Drive
Arlington, VA 22205

**2. Launice Melbourne, M.D.**
Virginia Hospital Center
1701 North George Mason Drive
Arlington, VA 22205

**3. Brian Stone, M.D.**
Virginia Hospital Center
1701 North George Mason Drive
Arlington, VA 22205

**4. Ukeme Ukoh, M.D.**
Virginia Hospital Center
1701 North George Mason Drive
Arlington, VA 22205

5. **Helen Yoon, M.D.**
   Virginia Hospital Center
   1701 North George Mason Drive
   Arlington, VA 22205

6. **Ebony Richards, M.D.**
   Kaiser Permanente Pediatrics Springfield
   6501 Loisdale Court
   Springfield, VA 22150

7. **Matthew Straley, M.D.**
   ALL Pediatrics
   Alexandria Office
   1500 North Beauregard Street
   Alexandria, VA 22311

8. **Linda Hestvik, C.P.N.P.**
   ALL Pediatrics
   Alexandria Office
   1500 North Beauregard Street
   Alexandria, VA 22311

B. *EVAN AMBER OVERTON'S TREATING PHYSICIANS*

9. **Sonya Adam, M.D.**
   Kaiser Permanente Springfield
   6501 Loisdale Court
   Springfield, VA 22150

10. **Megan Fullen, L.C.S.W.**
    Kaiser Permanente Burke Medical Center
    5999 Burke Commons Road
    Burke, VA 22015

11. **Bethanne Miller, M.D.**
    Virginia Hospital Center
    1701 North George Mason Drive
    Arlington, VA 22205

12. **Carole Shaddad, M.D.**
    Kaiser Permanente Burke Medical Center
    5999 Burke Commons Road
    Burke, VA 22015

**13. Jeanine Wilson, L.C.S.W.**
Kaiser Permanente Burke Medical Center
5999 Burke Commons Road
Burke, VA 22015

### C. *EVAN AMBER OVERTON & KEENAN OVERTON'S TREATING PHYSICIANS*

**14. Janis Manalang, EdD, LPC, MS**
The Key Center
21155 Whitfield Place, #206
Sterling, VA 20165

## V. RESERVATIONS

1. Defendants reserve the right to call certain employees, agents, or representatives of Defendants listed above in Section I who may provide expert opinions regarding matters within their respective knowledge, experience, and training.

2. Defendants reserve the right to call any witnesses necessary for impeachment or rebuttal.

3. Defendants reserve the right to call any of Defendants' employees or former employees deposed in this case or referenced in any deposition in this case.

4. Defendants reserve the right to call any of Defendants' employees or former employees identified by any party in their discovery responses, disclosures, or pleadings.

5. Defendants reserve the right to call any of Defendants' employees or former employees referenced in any document produced by Defendants.

6. Defendants reserve the right to call all witnesses identified in any deposition taken in this case.

7. Defendants reserve the right to call all fact witnesses identified in the medical records and employment records.

8. Defendants reserve the right to call all fact witnesses identified in Plaintiffs' discovery responses, disclosures, and pleadings.

9. Defendants reserve the right to call to testify all custodians of Plaintiffs' medical, psychiatric, insurance, employment records and all other records from any health care providers.

10. Defendants reserve the right to call other of Defendant's corporate representatives, agents, or employees necessary to rebut or respond to testimony, evidence or argument offered by Plaintiffs.

11. Defendants reserve the right to call all treating physicians and any other treating healthcare providers identified by Plaintiffs in their discovery responses, disclosures, pleadings, or in any deposition.

12. Defendants reserve the right to call all treating physicians and health care providers identified in any medical records.

13. Defendants reserve the right to call any witnesses identified by Plaintiffs in their witness list and discovery responses. Defendants further reserve the right to call witnesses necessitated by Plaintiffs' identification of certain witnesses and proposed evidence or by materials produced or identified subsequent to the date of this submission.

14. Defendants reserve the right to call all witnesses called by Plaintiffs at trial.

Dated: January 16, 2020　　　　　　　　　　**GREENBERG TRAURIG, LLP**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Stephen Fowler*
　　　　　　　　　　　　　　　　　　　　　　Stephen Fowler
　　　　　　　　　　　　　　　　　　　　　　Virginia Bar No. 44071
　　　　　　　　　　　　　　　　　　　　　　**GREENBERG TRAURIG, LLP**
　　　　　　　　　　　　　　　　　　　　　　2101 L Street N.W., Suite 1000
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20037
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 530-8587
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 261-0462
　　　　　　　　　　　　　　　　　　　　　　fowlerst@gtlaw.com

　　　　　　　　　　　　　　　　　　　　　　Lori G. Cohen
　　　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 174455
　　　　　　　　　　　　　　　　　　　　　　(*admitted pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　**GREENBERG TRAURIG, LLP**
　　　　　　　　　　　　　　　　　　　　　　3333 Piedmont Road, N.E., Suite 2500
　　　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30305
　　　　　　　　　　　　　　　　　　　　　　Telephone: (678) 553-2100
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (678) 553-2212
　　　　　　　　　　　　　　　　　　　　　　cohenl@gtlaw.com

　　　　　　　　　　　　　　　　　　　　　　Mary-Olga Lovett
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No: 00789289
　　　　　　　　　　　　　　　　　　　　　　*(admitted pro hac vice)*
　　　　　　　　　　　　　　　　　　　　　　**GREENBERG TRAURIG, LLP**
　　　　　　　　　　　　　　　　　　　　　　1000 Louisiana Street, Suite 1700
　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77002
　　　　　　　　　　　　　　　　　　　　　　Telephone: (713) 374-3541

Facsimile: (713) 754-7541
lovettm@gtlaw.com

Charles Bennett Molster, III
Virginia Bar No. 23613
**THE LAW OFFICES OF CHARLES B. MOLSTER III PLLC**
2141 Wisconsin Ave NW, Suite M
Washington, DC 20007
Cmolster@molsterlaw.com

*Counsel for Fisher-Price, Inc. and Mattel, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2020, I electronically filed the foregoing **DEFENDANTS FISHER-PRICE, INC. AND MATTEL, INC.'S TRIAL WITNESS LIST** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Stephen Fowler*
Stephen Fowler
Virginia Bar No. 44071
**GREENBERG TRAURIG, LLP**
2101 L Street N.W., Suite 1000
Washington, D.C. 20037
Telephone: (202) 530-8587
Facsimile: (202) 261-0462
Email: fowlerst@gtlaw.com

*Counsel for Defendants Fisher-Price, Inc. and Mattel, Inc.*