IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRIGINA
ALEXANDRIA DIVISION

| | |
|---|---|
| EVAN AMBER OVERTON AND JOHN KEENAN OVERTON, CO-ADMINISTRATORS FOR THE ESTATE OF EZRA MICAHEL OVERTON, DECEASED,<br><br>    Plaintiffs,<br><br>v.<br><br>FISHER-PRICE, INC.;<br><br>AND<br><br>MATTEL, INC.<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:19-cv-751 |

**PLAINTIFFS' RULE 26(a)(3) PRETRIAL DISCLOSURES, LIST OF WITNESSES AND LIST OF EXHIBITS**

Plaintiffs Evan Amber Overton and John Keenan Overton, Co-Administrators for the Estate of Ezra Overton, Deceased, submit the following:

**(i).    Witnesses not previously provided in initial and expert designations:**

**Witness**

| | | |
|---|---|---|
| 1 | Evan Overton<br>John Keenan Overton<br>2121 North Westmoreland Street<br>Arlington, VA 22213 | Expect to present |
| 2 | Leah Dowdell<br>2121 North Westmoreland Street<br>Arlington, VA 22213 | Expect to present. |

| | | |
|---|---|---|
| 3 | Fred Dowdell<br>2121 North Westmoreland Street<br>Arlington, VA 22213 | Expect to present |
| 4 | Gary Deegear | May call if the need arises |
| 5 | Joel A. Taft<br>Fisher-Price, Inc. | Expect to present |
| 6 | Roy Benaroch, M.D.- lay testimony re: notice of defect | Expect to present |
| 7 | Experts designated by plaintiffs pursuant to Rule 26(a)(2) | Expect to present |
| 8 | Other incident witnesses identified in Bates Nos. OV000570-571, 574-575, 1548, 2509-2547, 2550-2604, 2605-2612, 3056-3066, 3244-3265, 12633-12875, 12876-13623, 26841-27852, 27855-27803 | Expect to present |
| 9 | Fisher-Price, Inc.<br>Mattel, Inc. | May call if the need arises |
| 10 | Vivian Becker | May call if the need arises |
| 11 | Hilton Overton<br>Nola Overton | May call if the need arises |
| 12 | Michael Overton<br>Tonya Overton | May call if the need arises |
| 13 | Michelle Schepis, Office of the Chief Medical Examiner, Northern District | May call if the need arises |
| 14 | Laura Hackfield<br>8246 The Midway<br>Annandale, VA 22003 | May call if the need arises |
| 15 | Jocelyn Posthumus, M.D. Office of the Chief Medical Examiner, Northern Region | May call if the need arises |
| 16 | Jenny Zygota | May call if the need arises |
| 17 | Det. J. Thornton | May call if the need arises |

**(ii).   Designation of witnesses Plaintiffs expect to present by deposition**

| | | |
|---|---|---|
| 1 | Fisher-Price, Inc.<br>Mattel, Inc. | To be taken stenographically on January 22-24, 2020. |

| | | |
|---|---|---|
| 2 | Catherine Pilarz Fisher-Price, Inc. | To be taken stenographically on January 22-24, 2020. |
| 3 | Michael Steinwachs Fisher-Price, Inc. | To be taken stenographically on January 22-24, 2020. |
| 4 | Linda Chapman Fisher-Price, Inc. | To be taken stenographically on January 22-24, 2020. |
| 5 | Inez M. Tenenbaum | |
| 6 | Ronda Strauss | |

**(iii). Identification of each document or other exhibit** [Note: all documents identified by Bates Number includes the unredacted version produced pursuant to Court Order]

| | | |
|---|---|---|
| 1 | The Rock 'n Play Sleeper in which baby Overton died | Expect to offer |
| 2 | Warning Label from the Sleeper | Expect to offer |
| 3 | All alternative Warning Labels created by Defendants, including all warning labels for all model Rock 'n Plays and for all countries, including but not limited to: OV000438-448, OV000475-489, 1020, 1021, 2034-2041 | May offer if need arises |
| 4 | Photographs and videos of baby Overton produced in discovery, including the last photograph taken of him alive (See Exhibit 11 to Evan and Keenan Overton depositions) and the following: IMG_1257 IMG_3081 IMG_3104 IMG_3180 IMG_3268 IMG_3292 IMG_3313 IMG_3411 IMG_3440 IMG_3455 IMG_3459 IMG_3597 IMG_3621 IMG_3716 IMG_3733 IMG_3740 IMG_3742 IMG_3745 IMG_3771 IMG_3795 IMG_3796 | Expect to offer |
| 5 | Photographs of the subject sleeper | Expect to offer |
| 6 | Prototype BGB20 Rock 'n Play Sleeper | Expect to offer |
| 7 | Photograph of subject Sleeper next to prototype Sleeper | Expect to offer |
| 8 | Videos and photographs of babies standing in RNP Sleeper while | Expect to offer |

| | | |
|---|---|---|
| | restrained and unrestrained, e.g., FPI_002209 in Goodwin, videos produced by Defendants in response to December 13, 2020 Order granting Motion to Compel, including OV25493, 25494 and similar videos. | |
| 9 | All documents produced by Defendants between 12/20/2020 and 12/23/2020 OV-0013624 to 0028073)[1] in response to the Court's Order striking Defendants' objections and ordering Defendants to produce , *inter alia*, unredacted versions of all incident reports, all testing documents and all communications with CPSC regarding the Recall, including but not limited to:<br><br>Mattel-OV-0000375-399<br>Mattel-OV-0000569-575<br>Mattel-OV-0001002-1019<br>Mattel-OV-0002056-2081<br>Mattel-OV-0002216-2488<br>Mattel-OV-0002550-2634<br>Mattel-OV-0003055-3087<br>Mattel-OV-0003248-3265<br>Mattel-OV-0007571-7644<br>Mattel-OV-0019576-19583<br>Mattel-OV-0019284-19291<br>Mattel-OV-0019298-19313<br>Mattel-OV-0019332-19347<br>Mattel-OV-0019350-19365<br>Mattel-OV-0019367-19374<br>Mattel-OV-0019376-19383<br>Mattel-OV-0019386-19393<br>Mattel-OV-0019590-19605<br>Mattel-OV-0019611-19618<br>Mattel-OV-0019634-20126<br>Mattel-OV-0024705-24709<br>Mattel-OV-0026841-27852<br>Mattel-OV-0027855-28073 | Expect to offer |
| 10 | All emails referencing meetings and communications with and by Gary Deegear, M.D. during the product concept through development stage, including FPI_000243-245, FPI_000555-557 and 559-560, FPI_000565-566, and FPI_000568, OV000243-245, OV000555-568, 3038, 3042 | Expect to offer |
| 11 | Communications by and between Roy Benaroch and defendants or concerning Roy Benaroch, including: OV000540, 569, 642-644, 2895, 3055, 3266-3272. | Expect to offer |
| 12 | All Hazard Analysis and Safety Audit Reports related to the RNP, | Expect to offer |

---

[1] Plaintiffs are forced by Defendants' actions to reserve their right to review late-produced documents and supplement or amend this Disclosure. *See* Declaration of Michael G. Phelan attached as Exhibit A.

Page **4** of **12**

| | | |
|---|---|---|
| | including – OV000551-552, 576, 577-583, 584-586, 587-589, 590-594, 596, 3034-3035, 3122-3142. | |
| 13 | Notice of incidents of infant fatal or near suffocation, asphyxiation, rolling over, getting out of position or falling out of a RNP Sleeper – in addition to the above Bates # ranges, see- OV000570-571, 574-575, 1548, 2509-2547, 2550-2604, 2605-2612, 3056-3066, 3244-3265, 12633-12875, 12876-13623, 26841-27852, 27855-27803and all unredacted counterparts,. | Expect to offer |
| 14 | Quality and Safety Operating Procedure for RNP Sleeper: OV0003143-3152 | Expect to offer |
| 15 | Products Requirements document for RNP Sleeper: OV0003153-3187 | Expect to offer |
| 16 | Patent Applications for Rock 'n Play Sleeper, including: FPI_000041-70, OV0003088 et seq. | Expect to offer |
| 17 | All communications by and between or concerning defendants and Royal College of Midwives, including – OV000657-660, 3361-3364 | Expect to offer |
| 18 | All communications by and between or concerning defendants and Health Canada, including but not limited to: OV0001022-1040, 2613-2653, 2654-2659, 3320-3343, 12566-12568 | Expect to offer |
| 19 | All communications by and between or concerning defendants and Queensland, Australia, including but not limited to: OV0003339-3360 | Expect to offer |
| 20 | Documents regarding and concerning on-site testing with babies in a RNP sleeper, including those identified by Defendants in Response to RFPD Nos. 15, 18, 19, 27 and 35. | Expect to offer |
| 21 | Documents regarding and concerning in-home pilot testing with babies in a RNP sleeper, including those identified by Defendants in Response to RFPD Nos. 15, 18, 19, 27 and 35 and OV000-3365-3449 | Expect to offer |
| 22 | Documents regarding and concerning Defendants' research of infant rollover, infant positioning, infant fit and more as referenced in Defendants' Answer to Interrogatory No. 5 and as identified in Bates # ranges above. | Expect to offer |
| 23 | All communications by and between Defendants and the Consumer Products Safety Commission regarding and concerning the Rock 'n Play Sleeper, including but not limited to: OV0001041-1044, 19576-19583 | Expect to offer |
| 24 | RNP Sleeper Brochures, including but not limited to: OV0001890-1913, 1922-1933, | Expect to offer |
| 25 | All documents regarding and concerning Defendants' attempts to influence standards pertaining to the RNP Sleeper, including but not limited to: OV0005227- 5320, 5327-5333, 5370-5376, 5401-5412, 5461-5470 and 7645-8222 | May offer if need arises |
| 26 | Snugapuppy Model: OV00012596-597 | May offer if need arises |
| 27 | My Little Snagabunny Model: OV000600-601 | May offer if need arises |
| 28 | Safari Dreams Model: OV00012622-623 | May offer if need arises |
| 29 | Sweet Surroundings Monkey Deluxe Auto Model: OV00012626-627 | May offer if need arises |
| 30 | RNP Sleeper packaging – indicating "designed for all-night sleep," "baby can sleep at a comfortable incline all night long," "Extra-plush | Expect to offer |

| | | |
|---|---|---|
| | fabrics" | |
| 31 | Exhibits from the Rule 30(b)(6) deposition of defendants, which have not yet occurred. | Expect to offer |
| 32 | All documents produced by Defendants including but not limited to: Mattel-OV-0000001 - 0028204 | Expect to offer |
| 33 | Fisher-Price webpage - A Design Story – Linda Chapman | Expect to offer |
| 34 | Fisher-Price webpage – Research is at the Heart of Development | Expect to offer |
| 35 | Fisher-Price webpage - Listening to Consumers | Expect to offer |
| 36 | Mattel OV12566 - OV12568 | Expect to offer |
| 37 | ASTM 2194-07 | Expect to offer |
| 38 | Mattel OV12547- OV12554 | Expect to offer |
| 39 | Mattel OV1547 – OV1561 | Expect to offer |
| 40 | Safety Standards for Bassinets and Cradles: Notice of Proposed Rule Making. Source: Regulations.gov | Expect to offer |
| 41 | Mattel OV0002087 | Expect to offer |
| 42 | Fisher-Price webpage Safari Dream Rock 'N Play | Expect to offer |
| 43 | Mattel OV0000568 | Expect to offer |
| 44 | RNP Sleeper box actual sample box | Expect to offer |
| 45 | Article on Influence of Head-Neck Posture on Airflow and Pulmonary Mechanics in Preterm Neonates. F. Reitere, MD, Soraya Abbasi, MD, and Vinod K. Bhutani, MD | Expect to offer |
| 46 | Mattel-OV-0000041-0000070<br>Mattel-OV-0000071-0000077<br>Mattel-OV-0000089-0000105<br>Mattel-OV-0000115-0000180<br>Mattel-OV-0000243-0000245<br>Mattel-OV-0000246-0000279<br>Mattel-OV-0000296-0000303<br>Mattel-OV-0000336-0000338<br>Mattel-OV-0000339-0000347<br>Mattel-OV-0000348-0000356<br>Mattel-OV-0000357-0000360<br>Mattel-OV-0000362-0000368<br>Mattel-OV-0000369<br>Mattel-OV-0000370-0000374<br>Mattel-OV-0000375<br>Mattel-OV-0000377-0000399<br>Mattel-OV-0000427<br>Mattel-OV-0000429-0000437<br>Mattel-OV-0000438-000048<br>Mattel-OV-0000446<br>Mattel-OV-0000449-0000459<br>Mattel-OV-0000475-0000489<br>Mattel-OV-0000505-0000539 | May offer if need arises |

| | | | |
|---|---|---|---|
| | Mattel-OV-0000540 | | |
| | Mattel-OV-0000541-0000548 | | |
| | Mattel-OV-0000551-0000552 | | |
| | Mattel-OV-0000555-0000566 | | |
| | Mattel-OV-0000569 | | |
| | Mattel-OV-0000587-0000589 | | |
| | Mattel-OV-0000577-0000583 | | |
| | Mattel-OV-0000592-0000594 | | |
| | Mattel-OV-0000595-0000596 | | |
| | Mattel-OV-0000645-0000656 | | |
| | Mattel-OV-0000657-0000660 | | |
| | Mattel-OV-0000663-0000980 | | |
| | Mattel-OV-0000981-0000982 | | |
| | Mattel-OV- 0001020-0001022 | | |
| | Mattel-OV-0001023-0001038 | | |
| | Mattel-OV-0001039-0001040 | | |
| | Mattel-OV-0001041-0001042 | | |
| | Mattel-OV-0001044-0001051 | | |
| | Mattel-OV-0001511-0001526 | | |
| | Mattel-OV-0001543-0001545 | | |
| | Mattel-OV-0001546-0001561 | | |
| | Mattel-OV-0001890-0001905 | | |
| | Mattel-OV-0002034-0002041 | | |
| | Mattel-OV-0002048-0002055 | | |
| | Mattel-OV-0002481-0002488 | | |
| | Mattel-OV-0002509-0002547 | | |
| | Mattel-OV-0002550-0002604 | | |
| | Mattel-OV-0002608-0002609 | | |
| | Mattel-OV-0002635-0002653 | | |
| | Mattel-OV-0002654-0002659 | | |
| | Mattel-OV-0002696-0002903 | | |
| | Mattel-OV-0002703-0002713 | | |
| | Mattel-OV-0002744-0002758 | | |
| | Mattel-OV-0002816-0002833 | | |
| | Mattel-OV-0002905-0002970 | | |
| | Mattel-OV-0002971-0002976 | | |
| | Mattel-OV-0002729-0002743 | | |
| | Mattel-OV-0003033 | | |
| | Mattel-OV-0003034-0003035 | | |
| | Mattel-OV-0002823-0002833 | | |
| | Mattel-OV-0003058-0003059 | | |
| | Mattel-OV-0003141-0003142 | | |

| | | | |
|---|---|---|---|
| | Mattel-OV-0003153-0003187<br>Mattel-OV-0003188-0003203<br>Mattel-OV-0003244-0003247<br>Mattel-OV-0003342-0003343<br>Mattel-OV-0003361-0003364<br>Mattel-OV-0003361-0003364<br>Mattel-OV-0003365-0003449<br>Mattel-OV-0005531-0005547<br>Mattel-OV-0005579-0005595<br>Mattel-OV-0005709-0005725<br>Mattel-OV-0005738 -0005742<br>Mattel-OV-0005792-0005808<br>Mattel-OV-0005883-0005899<br>Mattel-OV-0005908-0005924<br>Mattel-OV-0005927-0005942<br>Mattel-OV-0005944-0005960<br>Mattel-OV-0005963-0005979<br>Mattel-OV-0005980-0005989<br>Mattel-OV-0005992-0005994<br>Mattel-OV-0006015-0006023<br>Mattel-OV-0006046-0006061<br>Mattel-OV-0006068-0006083<br>Mattel-OV-0006089-0006091<br>Mattel-OV-0006099-0006114<br>Mattel-OV-0006115-0006116<br>Mattel-OV-0006121-0006122<br>Mattel-OV-0006126-0006127<br>Mattel-OV-0006128-0006130<br>Mattel-OV-0006131-0006132<br>Mattel-OV-0006133<br>Mattel-OV-0006139-0006152<br>Mattel-OV-0006155<br>Mattel-OV-0006163-0006165<br>Mattel-OV-0006168-0006080<br>Mattel-OV-0006182-0006183<br>Mattel-OV-0006186-0006197<br>Mattel-OV-0006198-0006200<br>Mattel-OV-0006215-0006225<br>Mattel-OV-0006232-0006233<br>Mattel-OV-0006234<br>Mattel-OV-0006235-0006236<br>Mattel-OV-0006238-0006245<br>Mattel-OV-0006250-0006251<br>Mattel-OV-0006252-0006255<br>Mattel-OV-0006265-0006266<br>Mattel-OV-0006267-0006268 | | |

| | | | |
|---|---|---|---|
| | Mattel-OV-0006269-0006271<br>Mattel-OV-0006275-0006313<br>Mattel-OV-0006314-0006316<br>Mattel-OV-0006317-0006318<br>Mattel-OV-0006319-0006323<br>Mattel-OV-0006364-0006379<br>Mattel-OV-0006380-0006395<br>Mattel-OV-0006396-0006411<br>Mattel-OV-0006504-0006515<br>Mattel-OV-0007280-0007295<br>Mattel-OV-0007312-0007319<br>Mattel-OV-0007320-0007329<br>Mattel-OV-0007330-0007335<br>Mattel-OV-0007336-0007341<br>Mattel-OV-0007352-0007358<br>Mattel-OV-0007357-0007358<br>Mattel-OV-0007361<br>Mattel-OV-0007374-0007375<br>Mattel-OV-0007376-00007379<br>Mattel-OV-0007380<br>Mattel-OV-0007382-0007384<br>Mattel-OV-0007413<br>Mattel-OV-0007414<br>Mattel-OV-0007416<br>Mattel-OV-0007418-0007421<br>Mattel-OV-0007437<br>Mattel-OV-0007448<br>Mattel-OV-0007479<br>Mattel-OV-0007481-0007489<br>Mattel-OV-7499<br>Mattel-OV-0007537<br>Mattel-OV-0007542<br>Mattel-OV-0007570<br>Mattel-OV-0012900-0012960<br>Mattel-OV-0013013-0013030<br>Mattel-OV-0013031-0013058<br>Mattel-OV-0013063-00013069<br>Mattel-OV-0013090-0013166<br>Mattel-OV-0013568-0013589<br>Mattel-OV-0028087<br>Mattel-OV-0028088<br>Mattel-OV-0028089<br>Mattel-OV-0028099<br>Mattel-OV-0028100<br>Mattel-OV-0028110<br>Mattel-OV-0028113-0028115 | | |

| | | | |
|---|---|---|---|
| | Mattel-OV-0028121<br>Mattel-OV-0028125<br>Mattel-OV-0028129<br>Mattel-OV-0028136<br>Mattel-OV-0028139<br>Mattel-OV-0028148<br>Mattel-OV-0028152<br>Mattel-OV-0008271<br>Mattel-OV-0008325<br>Mattel-OV-0008213-8319<br>Mattel-OV-0008323<br>Mattel-OV-0008325<br>Mattel-OV-0008733<br>Mattel-OV-0008754<br>Mattel-OV-0008962-8967<br>Mattel-OV-00010726<br>Mattel-OV-00010740 | | |

Respectfully submitted,

_____*/s/*_____
Michael G. Phelan, Esq. (VSB No. 29725)
Jonathan M. Petty, Esq. (VSB No. 43100)
Brielle M. Hunt, Esq. (VSB No. 87652)
PHELAN PETTY, PLC.
6641 West Broad Street, Ste. 406
Richmond, VA 23230
804-980-7100 – Telephone
804-767-4601 – Facsimile
mphelan@phelanpetty.com
jpetty@phelanpetty.com
bhunt@phelanpetty.com


Jan V. Hinson, Esq. (SC Bar No. 101498,
            (GA Bar No. 356817)
LAW OFFICES OF JAN V. HINSON, P.C.
330 East Coffee Street
Greenville, SC  29601
864-527-5933 – SC Telephone
877-797-3571 – Facsimile
11175 Cicero Drive, Suite 100
Alpharetta, Georgia 30022
678-242-5208 – GA Telephone

jan@janhinsonlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2020, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and distribution to the following registered participants of the CM/ECF System:

Stephen Fowler (VSB 44071)
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Tel: 202-530-8587
fowlerst@gtlaw.com

Lori G. Cohen
GREENBERG TRAURIG, LLP
The Terminus
3333 Piedmont Road, N.E.
Suite 2500
Atlanta, GA 30305
Tel.: 678-553-2100
cohenl@gtlaw.com

Mary-Olga Lovett
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, TX 77002
Tel.: 713-374-3541
lovettm@gtlaw.com

Charles B. Molster, III
Law Offices of Charles B. Molster, III
2141 Wisconsin Avenue, NW, Suite M
Washington, DC  20007
Email:  cmolster@molsterlaw.com

*Counsel for Defendants*

_____/s/_____

Michael G. Phelan, Esq. (VSB No. 29725)